IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Davis Neal Sapp,                                )  | |
| ) | C.A. No. 8:05-1451-HMH-BHH |
| Plaintiff,       ) | |
| ) | |
| vs.                                     ) | **OPINION AND ORDER** |
| ) | |
| Jonathan Ozmint, Director, South    ) | |
| Carolina Department of Corrections, in    ) | |
| his individual and official capacities,    ) | |
| ) | |
| Defendant.   ) | |

This matter is before the court for review of the Report of United States Magistrate Judge Bruce H. Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report. In the absence of objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

After a thorough review of the Report and the record in this case, the court adopts Magistrate Judge Hendricks' Report and incorporates it herein. It is therefore

**ORDERED** that the Plaintiff's motion for summary judgment is denied.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 9, 2006

8:05-cv-01451-HMH     Date Filed 02/09/06    Entry Number 20     Page 2 of 2